HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC GONZALES, | Case No. 2:25-cv-03420-DC-AC |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until August 10, 2026, in which to e-file his Reply Brief which is due on July 9, 2026. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for the United States District Courts and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

///

///

///

Dated:   June 29, 2026          */s/HARVEY P. SACKETT*
                                 HARVEY P. SACKETT
                                       Attorney for Plaintiff

1

STIPULATION AND ORDER

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

ERIC GONZALES

Dated:   June 29, 2026

*/s/JOSEPH LANGKAMER*
JOSEPH LANGKAMER
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 6/29/26]

IT IS ORDERED.

Dated:  June 30, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

2

STIPULATION AND ORDER